■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAUL MENDEZ, Appellant. [7 NYS3d 903]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Del Giudice, J.), imposed November 12, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was exces-

sive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Brown*, 122 AD3d 133 [2014]; *People v Stanley*, 99 AD3d 955 [2012]). Eng, P.J., Mastro, Sgroi, Miller and Barros, JJ., concur.